UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHONETTA CRAIN, et al., | Case No. 19-cv-01265-JST |
|---|---|
| Plaintiff, | **ORDER APPROVING REQUEST TO APPEAR BY TELEPHONE** |
| v. | Re: ECF No. 129 |
| ACCREDITED SURETY AND CASUALTY COMPANY, et al., | |
| Defendant. | |

The Court hereby GRANTS the parties' request for various attorneys to appear by telephone at the conference scheduled for April 24, 2019 at 2:00 P.M. In advance of the conference, counsel shall contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide a *single* direct dial number at which all counsel appearing telephonically can be reached for the conference.

**IT IS SO ORDERED.**

Dated: April 23, 2019



JON S. TIGAR
United States District Judge